UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANISHA MEHTA,<br><br>        Plaintiff,<br><br> -v-<br><br>DLA PIPER LLP,<br><br>        Defendant. | CIVIL ACTION NO. 23 Civ. 4757<br><br>(AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

  By Order of Reference dated January 11, 2024 (ECF 33), Judge Analisa Torres referred this case to Magistrate Judge Sarah L. Cave for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement, as well as the current discovery dispute. On January 12, 2024, that referral was reassigned to me. Prior to the reassignment, Judge Cave scheduled a telephonic conference regarding the discovery issues raised in the parties' letters at ECF 31 and ECF 32. (*See* ECF 34.)

  I will proceed with the scheduled conference on **Thursday, January 18, 2024, at 11:00 AM**. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 529 501 847 #**.

Dated:  January 16, 2024
     New York, New York

               SO ORDERED.

               _____
               ROBYN F. TARNOFSKY
               UNITED STATES MAGISTRATE JUDGE