UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

-against-

DLA PIPER LLP,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2024_

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference currently scheduled for March 19, 2024, is ADJOURNED to **April 23, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: January 31, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge