UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

        -against-

DLA PIPER LLP,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/1/2024
```

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference previously scheduled for April 23, 2024, is ADJOURNED to **May 28, 2024**, at **10:00 a.m.**

      SO ORDERED.

Dated: April 1, 2024
       New York, New York

                   ANALISA TORRES
             United States District Judge