UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANISHA MEHTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>DLA PIPER LLP,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 23 Civ. 4757<br><br>(AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

　　　　This action is scheduled for a telephonic status conference on **Thursday, April 30, 2024, at 4:30 PM**. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 568 258 388 #**. The parties should be prepared to discuss the redacted documents submitted by Plaintiff and the issues raised in any letters filed by the parties on May 1, 2024, as required by my April 24, 2024 Order.

Dated:　　　April 30, 2024
　　　　　　　New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE