UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

  -v-                                            23-CV-4757 (AT) (RFT)

DLA PIPER LLP,                            **ORDER**

                Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

For the reasons set forth on the record, the parties are directed as follows:

1. Defendant will produce documents relating to two comparators identified by Plaintiff, including documents sufficient to show their hours; performance reviews; and email correspondence with Gina Durham, Keith Medansky, and Heather Dunn from three week-long periods, as discussed.

2. Defendant will produce documents relating to two prior complaints of pregnancy discrimination; the parties shall meet and confer on the scope of that production and the complainants' names may be redacted without prejudice to an application by Plaintiff for the complainants to be identified.

3. Plaintiff may take three additional half-day depositions, as discussed.

4. To the extent that Defendant's responses and objections to Plaintiff's requests for production do not indicate for which requests Defendant located no privileged responsive documents after a reasonable search, Defendant shall promptly provide amended objections and responses with that information.
   a. Defendant is directed to provide responses and objections to Plaintff's April 29 Requests for Admission.

5. After meeting and conferring in accordance with my directions at the conference, the parties shall, by **5:00 PM on May 8, 2024**, submit letters outlining any discovery disputes raised in their May 1 letters that still remain, as well as any new discovery disputes that are ripe for resolution.

6. If necessary, there will be a telephone conference on **May 9, 2024 at 12:30 PM** to discuss outstanding discovery disputes. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 134 376 962 #.**

Dated:     May 3, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

2