# GIBSON DUNN

> Application GRANTED.
>
> The May 8 deadline is adjourned until **5:00 PM on May 15, 2024**.
>
> The teleconference is rescheduled for **May 16, 2024 at 10:30 AM** to discuss outstanding discovery disputes. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 499 843 589 #.**
>
> Dated: May 7, 2024
> New York, NY
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

May 6, 2024

<u>VIA ECF</u>

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Mehta v. DLA Piper LLP*, Case No. 1:23-cv-04757-AT

Dear Judge Tarnofsky:

Plaintiff Anisha Mehta and Defendant DLA Piper LLP (US) (collectively, the "parties") write in connection with the Court's May 3, 2024 Order. Counsel for Defendant has a conflict on May 9, 2024, and the parties are attempting to resolve their remaining discovery disputes through the meet-and-confer process. Accordingly, the parties respectfully request a temporary adjournment of the May 9, 2024 teleconference until May 16, 2024, or later, without prejudice to either party's ability to raise any outstanding issues at that time. The parties further request that the May 8, 2024 deadline to submit letters outlining such issues (if any) be postponed until the day before the rescheduled teleconference.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

<u>/s/ Jeanne M. Christensen</u>
Jeanne M. Christensen
Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
jchristensen@wigdorlaw.com

*Counsel for Plaintiff*

<u>/s/ Molly T. Senger</u>
Molly T. Senger, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone:  (202) 955-8571
msenger@gibsondunn.com

*Counsel for Defendant*