UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANISHA MEHTA,<br><br>               Plaintiff,<br><br>     -against-<br><br>DLA PIPER LLP,<br><br>               Defendant. | 23-CV-04757 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline for fact discovery is extended through **June 14, 2024**, to permit the following fact discovery only: (a) additional document production by the parties, as discussed at the conference; (b) party depositions, as discussed at the conference; (c) additional written discovery propounded by Plaintiff, as discussed at the conference; (d) a thirty-minute third-party deposition of Plaintiff's husband; and (e) a response by Tenor Legal to Defendant's third-party subpoena for documents. With regard to (d) and (e) above, if Plaintiff moves to quash either or both subpoenas in the appropriate district(s), and the relevant court(s) have not ruled on such motion(s), Plaintiff may seek an additional extension of the fact discovery deadline.

With regard to Plaintiff's Second Set of Requests for Production, Defendant: (a) is not required to respond to Requests number 1, 3, 4 and 11; (b) shall respond promptly to an appropriate interrogatory propounded by Plaintiff by **May 17, 2024** covering the subject matter of Request number 2; (c) shall perform a reasonable search for documents sought in Request number 5, and shall promptly produce all non-privileged, responsive documents it locates; and (d) shall confirm, by **May 22, 2024**, that it performed a reasonable search for documents sought by Requests numbers 6, 7, 8, 9 and 10 and produced all non-privileged responsive documents.

By Monday, **May 20, 2024**, Defendant shall file a letter on the docket supporting its position with regard to production of documents reflecting prior complaints of pregnancy discrimination; and Plaintiff shall have until Wednesday, **May 22, 2024** to file a response, if any.

By Friday, **May 24, 2024**, Defendant shall provide Plaintiff with confirmation of its responses and objections to Plaintiff's Firs Set of Requests for Production. By Wednesday, **May 29, 2024**, the parties shall provide their positions on any remaining discovery disputes or inform the Court that there are no such disputes at that time.

The motion to quash by Plaintiff (ECF 65) is DENIED. The Clerk of Court is respectfully requested to terminate ECF 65.

DATED:  May 17, 2024
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge