# GIBSON DUNN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/28/2024_

Molly T. Senger
Direct: +1 202.955.8571
Fax: +1 202.530.4209
MSenger@gibsondunn.com

May 24, 2024

<u>VIA ECF</u>

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Mehta v. DLA Piper LLP*, Case No. 1:23-cv-04757-AT

Dear Judge Torres:

Pursuant to the Court's April 1, 2024 order, a case management conference is currently scheduled for May 28, 2024. Because the fact discovery deadline has been extended to June 14, 2024, the parties agree that this conference should be adjourned until a time after that deadline and most convenient for the Court.

The parties therefore respectfully request that the Court adjourn the currently scheduled case management conference to a date after June 14, 2024.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

<u>/s/ Jeanne M. Christensen</u>
Jeanne M. Christensen
Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
jchristensen@wigdorlaw.com

*Counsel for Plaintiff*

<u>/s/ Molly T. Senger</u>
Molly T. Senger, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 955-8571
msenger@gibsondunn.com

*Counsel for Defendant*

---

GRANTED. The case management conference scheduled for May 28, 2024, is ADJOURNED to **July 9, 2024**, at **10:00 a.m.**

SO ORDERED.

Dated: May 28, 2024
    New York, New York

_____
ANALISA TORRES
United States District Judge