UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANISHA MEHTA, | : |
| Plaintiff, | : |
| v. | :     Case No. 1:23-cv-04757-AT |
| DLA PIPER LLP, | : |
| Defendants, | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DEPOSITIONS

WHEREAS, on May 17, 2024, the Court extended the fact discovery deadline until June 14, 2024;

WHEREAS, the Court has ruled that Plaintiff is entitled to conduct two additional depositions;

WHEREAS, the deponents are unable to be deposed before the close of fact discovery due to unforeseeable circumstances outside the parties' control;

WHEREAS, to accommodate the availability of the deponents, the parties have agreed to complete their depositions by July 5, 2024;

WHEREAS, the parties further agree that the June 14, 2024 fact discovery deadline shall otherwise remain unchanged;

IT IS HEREBY STIPULATED AND AGREED that the two remaining depositions may be taken after the close of fact discovery.

FURTHERMORE, the parties jointly request that the Court enter an order approving this stipulation.

1

**SO STIPULATED.**

Dated:  June 14, 2024

/s/ *Jeanne M. Christensen*  /s/ *Molly T. Senger*
Jeanne M. Christensen  Molly T. Senger, *pro hac vice*
Monica Hincken  Amalia Reiss, *pro hac vice*
Wigdor LLP  Joseph Ruckert, *pro hac vice*
85 Fifth Avenue  1050 Connecticut Avenue, N.W.
New York, NY 10003  Washington, DC 20036-5306
Telephone: (212) 257-6800  Tel.: (202) 955-8571
Facsimile: (212) 257-6845  Fax.: (202) 530-4209
jchristensen@wigdorlaw.com  Email: MSenger@gibsondunn.com
mhincken@wigdorlaw.com

*Counsel for Defendant*

*Counsel for Plaintiff*

**SO ORDERED.**

Dated:_____   _____
　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　United States District Judge

2