UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                        Plaintiff,

   -v-

DLA PIPER LLP,

                        Defendant.

CIVIL ACTION NO. 23 Civ. 4757

(AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      A telephonic status conference is scheduled for **10:30 AM on June 18, 2024.** Counsel for the parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 661 837 377 #**.

Dated:      June 14, 2024,
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge