UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANISHA MEHTA,

               Plaintiff,

    v.

DLA PIPER LLP,

               Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:23-cv-04757-AT

## STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

WHEREAS, on June 4, 2024, the Court extended the fact discovery deadline until July 26, 2024;

WHEREAS, DLA Piper intends to move for summary judgment;

WHEREAS, the parties agree that expert discovery relating to potential damages issues is not necessary prior to summary judgment briefing;

WHEREAS, the parties agree that holding such expert discovery in abeyance pending a decision on DLA Piper's forthcoming motion for summary judgment would be more efficient and conserve judicial resources and;

IT IS HEREBY STIPULATED AND AGREED that the expert discovery deadline shall be held in abeyance until DLA Piper's motion for summary judgment is decided.

FURTHERMORE, the parties jointly request that the Court enter an order approving this stipulation.

1

**SO STIPULATED.**

Dated:  July 24, 2024

<u>/s/ Jeanne M. Christensen</u>  
Jeanne M. Christensen  
Monica Hincken  
Wigdor LLP  
85 Fifth Avenue  
New York, NY 10003  
Telephone: (212) 257-6800  
Facsimile: (212) 257-6845  
jchristensen@wigdorlaw.com  
mhincken@wigdorlaw.com  

*Counsel for Plaintiff*

<u>/s/ Molly T. Senger</u>  
Molly T. Senger, *pro hac vice*  
Amalia Reiss, *pro hac vice*  
Joseph Ruckert, *pro hac vice*  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036-5306  
Telephone: (202) 955-8571  
Facsimile: (202) 530-4209  
MSenger@gibsondunn.com  
AReiss@gibsondunn.com  
JRuckert@gibsondunn.com  

*Counsel for Defendant*

**SO ORDERED.**

Dated:_____           _____  
                                                                               ROBYN F. TARNOFSKY  
                                                                               United States Magistrate Judge

2