

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

August 28, 2024

**VIA ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      Re:    <u>*Anisha Mehta v. DLP Piper LLP*</u>; Case No.: 1:23-cv-04757 (AT) (RFT)

Dear Judge Torres,

We represent Plaintiff Anisha Mehta in the above-captioned matter against Defendant DLA Piper LLP ("DLA Piper").

On June 2, 2024, Your Honor So Ordered the Summary Judgment Briefing Schedule in the table below (Dkt. No. 96). The Parties agreed internally to extend Defendant's deadline to submit the Statement of Material Facts to Plaintiff from July 31, 2024 to August 7, 2024, and to provide Plaintiff a corresponding additional week to provide her response with a revised deadline of September 4, 2024. The Parties did not notify the Court because no further deadlines were impacted.

Plaintiff respectfully requests that the deadline for Plaintiff's response to DLA Piper's Statement of Material Facts provided to DLA Piper be extended from September 4, 2024 to September 6, 2024. Defendant DLA Piper has consented to this request with the understanding that Defendant would also be permitted an additional two business days to file Defendant's pre-motion letter, and that the motion briefing schedule would be adjusted accordingly. Please see the table below for the proposed updated schedule.

| Briefing | Deadline | Updated Deadline |
|---|---|---|
| DLA Piper's Rule 56.1 Statement of Material Facts sent to Plaintiff | ~~July 31, 2024~~ August 7, 2024 | August 7, 2024 |
| Plaintiff's response to DLA Piper's Statement of Material Facts provided to DLA Piper | ~~August 28, 2024~~ September 4, 2024 | September 6, 2024 |
| DLA Piper's pre-motion letter filed with the Court | September 13, 2024 | September 17, 2024 |



Hon. Analisa Torres
August 28, 2024
Page 2

| | | |
|---|---|---|
| Plaintiff's opposition to pre-motion letter filed with the Court | September 20, 2024 | September 24, 2024 |
| Motion for Summary Judgment | October 11, 2024 | October 15, 2024 |
| Opposition to Motion for Summary Judgment | November 1, 2024 | November 5, 2024 |
| Reply in Support of Motion for Summary Judgment | November 15, 2024 | November 19, 2024 |

This is the Parties' first request regarding an extension of these deadlines.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Jeanne Christensen*

Jeanne M. Christensen