# GIBSON DUNN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/10/2025
```

October 9, 2025

VIA ECF

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Anisha Mehta v. DLA Piper LLP*, Case No. 1:23-cv-04757 (AT) (RFT)

Dear Judge Torres:

The parties are writing pursuant to this Court's September 29, 2025 Order (Dkt. 137).

1. **Settlement Conference Before Judge Tarnofsky**

**Defendant's Position**: Defendant DLA Piper LLP (US) ("DLA Piper") does not wish to hold a settlement conference before Judge Tarnofsky. In October 2023, the parties participated in a mediation with Benjamin (Jay) Zelermyer as part of the Southern District of New York's automatic ADR program; that mediation was not successful. DLA Piper's view of the merits of this case has not changed since that time. Accordingly, DLA Piper intends to proceed to trial.

**Plaintiff's Position**: Plaintiff Anisha Mehta and her counsel were in favor of attending a settlement conference with Judge Tarnofsky.

2. **Expert Discovery and Pretrial Deadlines**

Pursuant to Judge Tarnofsky's July 25, 2024 Order (Dkt. 96), expert discovery was held in abeyance pending this Court's ruling on DLA Piper's motion for summary judgment. The parties therefore now propose the following deadlines for expert discovery:

- **October 22, 2025**: Each party shall identify the name(s) and subject matter(s) of affirmative expert testimony, if any;

- **October 29, 2025**: The parties shall jointly submit to the Court a proposed schedule to govern expert discovery; and

- The parties agree that the deadlines set forth in Rule V of this Court's Individual Practices in Civil Cases be stayed pending the conclusion of expert discovery, and that the parties will jointly submit a pretrial order in compliance with the Court's Individual Rules within 30 days after the close of expert discovery.

SO ORDERED.

Dated: October 10, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge