```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

-against-

DLA PIPER LLP,

                Defendant.

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint proposed schedule governing expert discovery. *See* ECF No. 140. Accordingly:

- By **December 2, 2025,** the parties shall exchange affirmative expert reports;
- By **January 2, 2026,** the parties shall exchange rebuttal expert reports;
- On **January 16, 2026,** expert discovery closes.

Additionally:

- By **January 30, 2026,** the parties shall file motions to exclude expert testimony, if any;
- By **February 13, 2026,** the parties shall file their responses;
- By **February 20, 2026,** the parties shall file their replies;
- By **February 27, 2026,** the parties shall submit a joint proposed pretrial order in compliance with Rule V of the undersigned's Individual Practices in Civil Cases.

Trial shall commence on **April 6, 2026**, at **9:00 a.m.** in **Courthouse 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 31, 2025
       New York, New York

ANALISA TORRES
United States District Judge