UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

      -against-

DLA PIPER LLP,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/2/2026___

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's request to extend expert discovery deadlines, ECF No. 146, as well as Plaintiff's letter opposing Defendant's request to extend the close of expert discovery to January 23, 2026, ECF No. 147.  Accordingly:

- By **January 9, 2026**, the parties shall exchange rebuttal expert reports
- On **January 20, 2026**, expert discovery closes.

The Court shall not grant modifications to the ordered expert briefing schedule absent good cause.

      SO ORDERED.

Dated:  January 2, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge