

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/23/2026

D
12
27
N
w
Je
Jessica.Masella@dlapiper.com
T  212.335.4829
F  212.335.4501

*VIA* ECF                                                    January 23, 2026

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  **Re: Anisha Mehta v. DLA Piper LLP, Case No. 1:23-cv-04757 (AT) (RFT)**

Dear Judge Torres:

  We write on behalf of Defendant DLA Piper LLP (US) ("Defendant") to request a brief, unopposed extension of time to file motions to exclude the expert testimony of two rebuttal witnesses offered by Plaintiff.

  On October 31, 2025, this Court ordered the parties to file any motions to exclude expert testimony by January 30, 2026; any responses in opposition by February 13, 2026; and any replies by February 20, 2026.  *See* ECF No. 141.

  On Friday, January 9, 2026, Plaintiff served rebuttal expert reports of Chad L. Staller and Ronald C. Minkoff.  On Sunday, January 11, Defendant noticed a January 16 deposition of Mr. Staller and a January 20 deposition of Mr. Minkoff.  However, due to witness scheduling conflicts, Mr. Staller and Mr. Minkoff were unavailable to be deposed until January 22 and January 21, respectively, after the January 20 close of expert discovery.  Mr. Minkoff's and Mr. Staller's depositions have now been completed.

  In light of these unavoidable delays, and to allow time to obtain copies of Mr. Minkoff's and Mr. Staller's deposition transcripts, Defendant respectfully requests an extension of time from Friday, January 30 until Wednesday, February 4 to move for the exclusion of Mr. Staller's and Mr. Minkoff's expert testimony.  Plaintiff has consented to this five-day extension and has confirmed that she will not require a corresponding extension of either the January 30 deadline for Plaintiff's motions to exclude expert testimony or the February 13, 2026 response deadline. Accordingly, Defendant's requested extension will not reduce the Court's timeline for considering such motions, nor will it affect the April 6, 2026 trial date.

  Thank you for your consideration.

GRANTED.

SO ORDERED.

Dated:  January 23, 2026
   New York, New York

           _____
            ANALISA TORRES
           United States District Judge