UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                    Plaintiff,

          -against-

DLA PIPER LLP,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2026___

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter filed February 18, 2026.  ECF No. 200.  By **February 19, 2026**, Defendants shall respond.  By **that same date**, Plaintiff may file an additional letter, no longer than one page, single-spaced, identifying any authority that supports her request, in light of Federal Rule of Civil Procedure 45(c)(1)'s limitation on this Court's subpoena power.

          SO ORDERED.

Dated:  February 18, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge