UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                    Plaintiff,

          -against-

DLA PIPER LLP,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _2/20/2026_

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated February 18, 2026, Plaintiff "respectfully requests that the Court preclude DLA from introducing deposition testimony of its own Partners and Of Counsels, . . . [and] to the extent that they do not appear at trial," requests that the Court issue a missing witness charge. ECF No. 200 at 2.  The parties then submitted further letters pursuant to this Court's order dated February 18, 2026.  *See* ECF No. 200 (letter); ECF No. 202 (order); ECF Nos. 205–06 (letters).

This dispute is not ripe for the Court's consideration, and Plaintiff's request is therefore DENIED.  Defendant states that the parties had not served witness lists at the time of the February 18 letter, and indeed, that it had represented to Plaintiff that it intended to call two of its own witnesses affirmatively.  *See* ECF No. 205.  Additionally, the Court notes, without deciding, that various circumstances, such as the witness' illness or infirmity, could permit Defendant to introduce deposition testimony of its own witnesses at trial.  Fed. R. Civ. P. 32(a)(4)(C).

Although the Federal Rules of Civil Procedure and the Federal Rules of Evidence both place limitations on the parties' ability to introduce deposition evidence at trial, that is a decision to be made at or shortly prior to trial, and Plaintiff herself admits that her request to issue a missing witness charge will only become relevant, if at all, at trial.  *See* ECF No. 206 at 2 ("If they still do not appear at trial, Plaintiff *will* respectfully request missing witness charges." (emphasis added)).  Plaintiff is therefore advised that raising the issue at this juncture was unnecessary.

          SO ORDERED.

Dated:  February 20, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge