**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

ANISHA MEHTA,                                         :

                                                     :    Case No.: 1:23-cv-04757 (AT) (RFT)

                          Plaintiff,                 :

                                                     :

            v.                                       :    **NOTICE OF MOTION**

                                                     :

DLA PIPER LLP,                                       :

                                                     :

                          Defendant.                 :

--------------------------------------------------------- X

     **PLEASE TAKE NOTICE**, that upon this motion, the accompanying memorandum of law and Declaration of Jeanne M. Christensen, as well as all prior pleadings and papers filed in this action, Plaintiff Anisha Mehta will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, to respectfully request an Order granting her Motion to preclude DLA from offering at trial any testimony or evidence related to (1) Plaintiff forwarding herself certain emails identified as DLA_Mehta_00004023-4109 that she believed to be relevant to the circumstances of her termination; (2) Plaintiff taking photographs of documents (DLA_Mehta_000249-3601) that she believed were relevant to the circumstances of her termination; and (3) the after-acquired evidence doctrine.

Dated: February 27, 2026
     New York, New York                Respectfully submitted,

                                   **WIGDOR LLP**

                                   By: _____
                                     Jeanne M. Christensen
                                     Monica Hincken
                                     Kassandra Vazquez

                                     85 Fifth Avenue
                                     New York, NY 10003

1

2

Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
jchristensen@wigdorlaw.com
mhincken@wigdorlaw.com
kvazquez@wigdorlaw.com
*Counsel for Plaintiff*

2