UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANISHA MEHTA,                                    :
                                                 :    Case No.: 1:23-cv-04757 (AT) (RFT)
                   Plaintiff,                    :
                                                 :
                                                 :
         v.                                      :    **NOTICE OF MOTION**
                                                 :
                                                 :
DLA PIPER LLP,                                   :
                                                 :
                                                 :
                   Defendant.                    :
------------------------------------------------------- X

     **PLEASE TAKE NOTICE**, that upon this motion, the accompanying memorandum of law and Declaration of Jeanne M. Christensen, as well as all prior pleadings and papers filed in this action, Plaintiff Anisha Mehta will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, to respectfully request an Order granting her Motion in Limine to preclude DLA from admitting evidence and testimony about Plaintiff's hiring and to preclude DLA from using hearsay media reports as evidence that DLA gave Plaintiff pay raises and bonuses as a "courtesy."

Dated: February 27, 2026
     New York, New York

                        Respectfully submitted,

                        **WIGDOR LLP**

                        By:  _____
                            Jeanne M. Christensen
                            Monica Hincken
                            Kassandra Vazquez

                        85 Fifth Avenue
                        New York, NY 10003
                        Telephone:  (212) 257-6800
                        Facsimile:   (212) 257-6845
                        jchristensen@wigdorlaw.com
                        mhincken@wigdorlaw.com
                        kvazquez@wigdorlaw.com
                        *Counsel for Plaintiff*

1