**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------X
ANISHA MEHTA,                           :
                                        :   Case No.: 1:23-cv-04757 (AT) (RFT)
                    Plaintiff,          :
                                        :
        v.                              :   NOTICE OF MOTION
                                        :
DLA PIPER LLP,                          :
                                        :
                    Defendant.          :
--------------------------------------------------------- X
```

     **PLEASE TAKE NOTICE**, that upon this motion, the accompanying memorandum of law and Declaration of Jeanne M. Christensen, as well as all prior pleadings and papers filed in this action, Plaintiff Anisha Mehta will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, to respectfully request an Order granting her Motion in Limine for Gibson Dunn & Crutcher LLP to Serve as Trial Counsel and to Disqualify Brett Ingerman as Counsel.

Dated: February 27, 2026
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _/s/ Jeanne Christensen_
    Jeanne M. Christensen
    Monica Hincken
    Kassandra Vazquez

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
mhincken@wigdorlaw.com
kvazquez@wigdorlaw.com
*Counsel for Plaintiff*