UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                           :

ANISHA MEHTA,                                   :

                     Plaintiff,          :

        v.                              :

                                       :       Case No. 1:23-cv-04757-AT

DLA PIPER LLP,                         :

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## DEFENDANT DLA PIPER LLP (US)'S
## OMNIBUS MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE** that upon the accompanying Omnibus Memorandum of Law,

Declaration of Jonathan M. Kinney, February 27, 2026, and the exhibits attached thereto, and upon

all prior pleadings and proceedings herein, Defendant DLA Piper LLP (US) ("DLA Piper"), by

and through its attorneys, will move this Court, before the Honorable Analisa Torres, United States

District Judge of the United States District Court, Southern District of New York, at The Honorable

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for

an order excluding:

1. Evidence, testimony, or argument regarding (i) DLA Piper's redaction of attorney-client

    privileged or client confidential information, or (ii) the identity of DLA Piper's clients,

    where providing such testimony or argument would reveal client confidential information;

1

2. Evidence, testimony, or argument regarding DLA Piper's alleged refusal to produce certain documents or information in discovery, or to make certain witnesses available at trial;

3. Evidence, testimony, or argument regarding the Order Granting in Part and Denying in Part DLA Piper's Motion for Summary Judgment (ECF No. 137);

4. Evidence, testimony, or argument regarding DLA Piper's 2024 parental leave policy change;

5. Evidence, testimony, or argument regarding the existence or non-existence of DLA Piper's liability insurance coverage that could cover this litigation;

6. Evidence, testimony, or argument regarding other alleged complaints against DLA Piper lawyers brought by any current or former employee other than Mehta;

7. Evidence, testimony, or argument regarding Mehta's Unum submission;

8. The following specified categories of evidence, testimony, or argument regarding Mehta's alleged damages; (i) the testimony of her expert, Chad L. Staller; (ii) her alleged emotional distress damages to the extent they arise from litigation-induced stress; (iii) her alleged loss of health insurance coverage for her or her child when her employment from DLA Piper was terminated; and (iv) evidence, testimony, or argument regarding her request for punitive damages;

9. Evidence, testimony, or argument regarding entities other than DLA Piper LLP (US);

10. Evidence, testimony, or argument regarding DLA Piper representing itself.

The grounds upon which DLA Piper seeks relief are set forth in detail in the accompanying

Memorandum of Law.

Dated:  New York, New York
        February 27, 2026

GIBSON, DUNN & CRUTCHER LLP         DLA PIPER LLP (US)

By: */s/ Molly T. Senger*            By: ___ */s/ Brett Ingerman* _____
Molly T. Senger, *pro hac vice*           Brett Ingerman
Amalia Reiss, *pro hac vice*              brett.ingerman@us.dlapiper.com
Joseph Ruckert, *pro hac vice*            650 S. Exeter Street, Suite 1100
1050 Connecticut Avenue, N.W.             Baltimore, MD 21202
Washington, DC 20036                      (410) 580-3000
Telephone: (202) 955-8571
MSenger@gibsondunn.com                    Jessica A. Masella
AReiss@gibsondunn.com                     Jonathan Kinney
JRuckert@gibsondunn.com                   Jacob I. Chefitz
                                          Jamie Brensilber
Attorneys for Defendant                   jessica.masella@dlapiper.com
DLA Piper LLP (US)                        jonathan.kinney@us.dlapiper.com
                                          jacob.chefitz@us.dlapiper.com
                                          jamie.brensilber@us.dlapiper.com
                                          1251 Avenue of the Americas, 27th Floor
                                          New York, New York 10020-1104
                                          (212) 335-4500

                                          Attorneys for Defendant
                                          DLA Piper LLP (US)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 27, 2026, I caused a copy of the foregoing document to be served upon plaintiff's counsel via CM/ECF.

/s/ <em>Brett Ingerman</em>