UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                              Plaintiff,

          -v–                                          23-CV-4757 (AT) (RFT)

DLA PIPER LLP,                                         **ORDER**

                              Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

        The parties were directed to email proposed redacted documents for in camera review.

Attached as Exhibit A is a cover email submitted with Defendant's proposed redactions.

        The Parties are reminded that all communications with the Court must be filed on the

docket.

Dated:        New York, New York          **SO ORDERED**.
              March 11, 2026

                                          _____
                                          **ROBYN F. TARNOFSKY**
                                          **United States Magistrate Judge**