UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                              Plaintiff,

        -v-                                                    23-CV-4757 (AT) (RFT)

                                                              **OPINION & ORDER**

DLA PIPER LLP,

                              Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

Pending before the Court is Plaintiff's omnibus sealing motion (**ECF 228**) and Defendant's individual sealing motions (**ECF 255, ECF 270, ECF 277 and ECF 293**). In light of my Order at ECF 307 providing further guidance on what materials may and may not be filed under seal in this matter:

(a) Plaintiff's omnibus motion to seal documents (**ECF 228**) is GRANTED IN PART AND DENIED IN PART as it relates to the application to seal materials relating to her motion *in limine* to exclude testimony by Paul Nicandri and to request an adverse inference (ECF 233, ECF 234), in that Plaintiff is ORDERED by **March 20, 2026**, to (i) meet and confer with Defendant to agree on appropriately redacted versions of her filings at ECF 233 and ECF 234, consistent with the principles set forth in my ruling at ECF 307; and (ii) to file such appropriately redacted documents on the docket.

(b) Plaintiff's omnibus motion to seal documents (**ECF 228**) is otherwise DENIED WITHOUT PREJUDICE to Plaintiff's filing, by **March 23, 2026**, an amended omnibus motion to seal the documents filed at ECF 230, ECF 231, ECF 244, ECF 250, ECF 254, ECF 256, ECF 258, ECF 259, ECF 263, and ECF 264. Prior to filing such an amended omnibus motion,

Plaintiff shall meet and confer with Defendant on which such documents may appropriately be filed either partially or wholly under seal in light of my ruling at ECF 307, and for documents that may be filed in redacted form, on appropriate redactions. In connection with any amended omnibus motion to seal, Plaintiff shall (i) specify which documents she seeks to seal in whole and which she seeks to seal in part, (ii) specify which documents she no longer seeks to seal in light of my order at ECF 307, so that the Court can easily determine which documents may be unsealed; and (iii) file on the docket appropriately redacted documents, consistent with the principles set forth in my ruing at ECF 307. If the parties are unable to agree on any of the redactions in connection with Plaintiff's omnibus motion to seal, they shall by **March 23, 2026** file a letter on the docket identifying the documents in dispute, and each party shall by **March 23, 2026** email proposed redactions to the documents in dispute to my chambers email for in camera review;

(c) Defendant's application to seal exhibits and memoranda of law in support of Defendant's omnibus motions *in limine* (**ECF 255**) is GRANTED IN PART and DENIED IN PART, in that, by **March 20, 2026,** Defendant is ORDERED to file an unsealed version of the document at ECF 260-4 and a redacted version of the document at ECF 261, with redactions applied in a manner consistent with the principles set forth in my ruling at ECF 307;

(d) Defendant's application to seal certain trial exhibits and deposition transcripts (**ECF 270**) is GRANTED IN PART and DENIED IN PART, in that, by **March 20, 2026,** Defendant

is ORDERED to file unsealed versions of ECF 271-1, ECF 271-2, ECF 271-3, ECF 271-4, ECF 271-5, ECF 271-6, ECF 271-7, ECF 271-8, ECF 271-11, ECF 271-13, ECF 271-14, ECF 271-15, ECF 271-18, ECF 271-20, ECF 271-21, ECF 271-22, ECF 271-26, ECF 271-27, ECF 271-34, ECF 271-35, ECF 271-38, 274-1, 274-2, 274-3, 274-4, 274-6, 274-8, and 274-9 and redacted versions of its filings at ECF 271-9, ECF 271-12, ECF 271-16, ECF 271-17, ECF 271-19, ECF 271-37, ECF 271-39, ECF 271-42, 274-5, and 274-7, with redactions applied in a manner consistent with the principles set forth in my ruling at ECF 307;

(e) Defendant's application at **ECF 277** to permanently seal the three trial exhibits (ECF 268-2, ECF 268-31, and ECF 269-2) inadvertently filed on the docket without redactions to privileged information, which are currently under a temporary seal, is GRANTED; and

(f) Defendant's application at **ECF 293** to seal the memorandum of law in opposition to the Nicandri *In Limine* Motion is GRANTED IN PART and DENIED IN PART, in that, by **March 20, 2026,** Defendant is ORDERED to file a redacted version of its filing at ECF 293, with redactions applied in a manner consistent with the principles set forth in my ruling at ECF 307.

The Clerk of Court is respectfully requested to unseal **ECF 268** and **ECF 269**, except to keep **ECF 268-2**, **ECF 268-31**, and **ECF 269-2** under seal, with access limited to the Court, and to terminate **ECF 228, ECF 255, ECF 270, ECF 277, and ECF 293**.

SO ORDERED

Dated: March 18, 2026
    New York, NY

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE