UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                Plaintiff,

       -against-

DLA PIPER LLP,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _3/26/2026__ |

23 Civ. 4757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A final pretrial conference is currently scheduled in this matter for 10:00 a.m. on March 30, 2026.  At **9:30 a.m.**, counsel for both parties shall attend an A/V training session with court staff in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:  March 26 2026
       New York, New York

                         _____
                            ANALISA TORRES
                     United States District Judge