UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

              Plaintiff,

    -v-

DLA PIPER LLP,

              Defendant.

23-CV-4757 (AT) (RFT)

**<u>ORDER</u>**

Per my March 18, 2026 Order (ECF 309), the parties have met and conferred regarding whether the documents filed at ECF 230, ECF 231, ECF 244, ECF 250, ECF 254, ECF 256, ECF 258, ECF 259, EF 263, and ECF 264 should be filed under seal, publicly or with appropriate redactions, and on March 23, 2026, Plaintiff filed a letter identifying the documents to be kept under seal, unsealed, and filed with appropriate redactions (ECF 354).

Accordingly, the Clerk of Court is respectfully requested to unseal the following documents:

- ECF 231 and exhibit ECF 231-2;

- ECF 244 and exhibits ECF 244-1, ECF 244-2, ECF 244-3;

- ECF 250 and exhibits ECF 250-1, ECF 250-2, ECF 250-3, ECF 250-4, ECF 250-5 and ECF 250-6;

- ECF 254 and exhibits ECF 254-2, ECF 254-3, ECF 254-4, ECF 254-6 and ECF 254-7;

- ECF 258 and exhibits ECF 258-3, ECF 258-4, ECF 258-5, ECF 258-6, ECF 258-7, ECF 258-8, ECF 258-9, ECF 258-10, ECF 258-11, ECF 258-12, ECF 258-13, ECF 258-14, ECF 258-15, ECF 258-16, ECF 258-17, ECF 258-18, ECF 258-19, ECF 258-20,

ECF 258-21, ECF 258-22, ECF 258-23, ECF 258-24, ECF 258-25, ECF 258-26,

ECF 258-27, ECF 258-28, ECF 258-29, ECF 258-30, ECF 258-31, ECF 258-32,

ECF 258-33, ECF 258-34, ECF 258-35, ECF 258-36, ECF 258-37, ECF 258-38,

ECF 258-39, ECF 258-40, ECF 258-41, ECF 258-42, ECF 258-43, ECF 258-44,

ECF 258-45, ECF 258-46, ECF 258-47, ECF 258-50, ECF 258-51, ECF 258-52,

ECF 258-53, ECF 258-54, ECF 258-55, ECF 258-56, ECF 258-57, ECF 258-58,

ECF 258-59, ECF 258-60, ECF 258-61, ECF 258-62, ECF 258-63, ECF 258-64,

ECF 258-65, ECF 258-66, ECF 258-67, ECF 258-68, ECF 258-69, ECF 258-70,

ECF 258-71, ECF 258-72, ECF 258-73, ECF 258-74, ECF 258-75, ECF 258-76,

ECF 258-77, ECF 258-78, ECF 258-79 and ECF 258-80;

- ECF 259 and exhibits ECF 259-1, ECF 259-2, ECF 259-3, ECF 259-4, ECF 259-5,

ECF 259-6, ECF 259-8, ECF 259-9, ECF 259-10, ECF 259-11, ECF 259-12, ECF 259-13,

ECF 259-14, ECF 259-15, ECF 259-16, ECF 259-17, ECF 259-18, ECF 259-19,

ECF 259-20, ECF 259-21, ECF 259-22, ECF 259-23, ECF 259-24, ECF 259-25,

ECF 259-26, ECF 259-27, ECF 259-28, ECF 259-29, ECF 259-30, ECF 259-31,

ECF 259-32, ECF 259-33, ECF 259-34, ECF 259-35, ECF 259-36, ECF 259-37,

ECF 259-38, ECF 259-39, ECF 259-40, ECF 259-41, ECF 259-42, ECF 259-43,

ECF 259-44, ECF 259-45, ECF 259-46, ECF 259-47, ECF 259-48, ECF 259-49,

ECF 259-50, ECF 259-51, ECF 259-52, ECF 259-53, ECF 259-54, ECF 259-55,

ECF 259-56, ECF 259-57, ECF 259-58, ECF 259-59, ECF 259-60, ECF 259-61,

ECF 259-62, ECF 259-63, ECF 259-64, ECF 259-65, ECF 259-66, ECF 259-67,

ECF 259-68, ECF 259-69, ECF 259-70, ECF 259-71, ECF 259-72, ECF 259-73,

ECF 259-74, ECF 259-75, ECF 259-76; ECF 259-77, ECF 259-78, ECF 259-79, and

ECF 259-80;

- ECF 263 and exhibits ECF 263-1, ECF 263-2, ECF 263-3, ECF 263-4, ECF 263-5,

  ECF 263-6, ECF 263-7, ECF 263-9, ECF 263-10, ECF 263-11, ECF 263-12, ECF 263-13,

  ECF 263-14, ECF 263-15, ECF 263-16, ECF 263-17, ECF 263-18, ECF 263-19,

  ECF 263-20, ECF 263-21, ECF 263-22, ECF 263-23, ECF 263-24, ECF 263-25,

  ECF 263-26, ECF 263-27, ECF 263-29, ECF 263-30, ECF 263-31, ECF 263-32,

  ECF 263-33, ECF 263-34, ECF 263-35, ECF 263-36, ECF 263-37, ECF 263-38,

  ECF 263-39, ECF 263-40, ECF 263-41, ECF 263-42, ECF 263-43, ECF 263-44,

  ECF 263-45, ECF 263-46, ECF 263-47, ECF 263-48, ECF 263-49, ECF 263-50,

  ECF 263-51, ECF 263-52, ECF 263-53, ECF 263-54, ECF 263-55, ECF 263-56,

  ECF 263-57, ECF 263-58, ECF 263-59, ECF 263-60, ECF 263-61, ECF 263-62,

  ECF 263-63, ECF 263-64, ECF 263-65, ECF 263-66, ECF 263-67, ECF 263-68,

  ECF 263-69, ECF 263-70, ECF 263-71, ECF 263-72, ECF 263-73, ECF 263-74,

  ECF 263-75, ECF 263-76, ECF 263-77, ECF 263-78, ECF 263-79 and ECF 263-80;

- ECF 264 and exhibits ECF 264-1, ECF 264-2, ECF 264-3, ECF 264-4, ECF 264-5,

  ECF 264-6, ECF 264-7, ECF 264-8, ECF 264-9, ECF 264-10, ECF 264-11, ECF 264-12,

  ECF 264-13, ECF 264-14, ECF 264-15, ECF 264-16, ECF 264-17, ECF 264-18,

  ECF 264-19, ECF 264-20, ECF 264-21, ECF 264-22, ECF 264-23, ECF 264-24,

  ECF 264-25, ECF 264-26, ECF 264-27, ECF 264-28, ECF 264-29, ECF 264-30,

ECF 264-31, ECF 264-32, ECF 264-33, ECF 264-36, ECF 264-37, ECF 264-38,

ECF 264-39, ECF 264-40, ECF 264-41, ECF 264-42, ECF 264-43, ECF 264-44,

ECF 264-45, ECF 264-46, ECF 264-47, ECF 264-48, ECF 264-54, ECF 264-55,

ECF 264-56, ECF 264-57, ECF 264-58, ECF 264-59, ECF 264-60, ECF 264-61,

ECF 264-62, ECF 264-63, ECF 264-64, ECF 264-67, ECF 264-70, ECF 264-71,

ECF 264-72, ECF 264-73, ECF 264-74, ECF 264-75, ECF 264-77, ECF 264-78,

ECF 264-79, ECF 264-80 and ECF 264-81.

Dated: March 27, 2026                              SO ORDERED.
      New York, NY

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**