

**DLA Piper LLP (US)**
1251 Avenue of the
Americas 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan M. Kinney
jonathan.kinney@us.dlapiper.com
T   212.335.4742
F   212.884.4501

April 5, 2026

*VIA ECF*

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Anisha Mehta v. DLA Piper LLP*; Case No: 1:23-cv-04757 (AT)(RFT)**

Dear Judge Torres:

We write on behalf of Defendant DLA Piper LLP (US) ("DLA Piper") in connection with Ms. Mehta's recent withdrawal of her Title VII and New York State Human Rights Law ("NYSHRL") claims.  *See* **Exhibit A** (Apr. 1, 2026 email from J. Christensen to J. Kinney ("Plaintiff will be asserting claims at trial pursuant to the NYC Human Rights Law and the FMLA and no longer seeking discrimination claims under T.VII and the NYSHRL.").  We are providing an updated DLA Piper proposed verdict form, which has been revised to reflect Ms. Mehta's withdrawal of Title VII and NYSHRL claims and includes revisions to Section III concerning damages.  *See* **Exhibit B**.  Please also note: when the parties jointly filed the Joint Pretrial Order on February 27, 2026, the parties inadvertently identified Appendix 4-A as Ms. Mehta's proposed verdict form and Appendix 4-B as DLA Piper's proposed verdict form.  ECF No. 248 at 34-35; ECF No. 248-4; ECF No. 248-5.  In fact, as-filed Appendix 4-A (ECF No. 248-4) is DLA Piper's initially proposed verdict form, and Appendix 4-B (ECF No. 248-5) is Ms. Mehta's initially proposed verdict form.  It is our understanding (*see* **Exhibit A**) that Ms. Mehta will be separately filing an alternative revised proposed verdict form.

A redline showing DLA Piper's revisions to its proposed verdict form is also attached hereto as **Exhibit C**.  We respectfully request that Your Honor provide to the jury the verdict form included as **Exhibit B** instead of ECF 284-4.

Thank you for your consideration.

Respectfully submitted,

_____
Jonathan M. Kinney
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4829
jonathan.kinney@us.dlapiper.com

*Counsel for DLA Piper LLP (US)*