

DI
12
27
Ne
W

Jo
jonathan.kinney@us.dlapiper.com
T   212.335.4742
F   212.884.8542

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____4/13/2026____

April 12, 2026

VIA ECF

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    *Mehta v. DLA Piper LLP*, **Case No. 1:23-cv-04757-AT**

Dear Judge Torres:

On behalf of Defendant DLA Piper LLP (US) ("DLA Piper"), we write pursuant to Rule (IV)(A)(ii) of Your Honor's Individual Practices in Civil Cases and the Southern District of New York Electronic Case Filing Rule 21.7(b) for leave to permanently seal one (1) proposed trial exhibit that was inadvertently filed publicly on February 28, 2026 as ECF No. 266-86 (DLA Piper's trial Exhibit DX186).  As explained further below, DLA Piper has already re-filed the properly redacted document on April 6, 2026 as ECF No. 378-1.

DLA Piper's Exhibit DX186 contains DLA Piper privileged attorney-client communications with a client name that was inadvertently unredacted.  DLA Piper has corrected the error and refiled Exhibit DX186 as ECF No. 378-1, and DLA Piper has provided the Court and Plaintiff's counsel with physical copies of the corrected exhibit.

DLA Piper has also emailed the ECF Help Desk to seek emergency sealing of the inadvertently filed document.  By email dated April 10, 2026, the ECF Help Desk has confirmed emergency sealing of the document.  DLA Piper also immediately contacted counsel for Mehta, explained the circumstances, and asked counsel to destroy the inadvertently filed document.  Counsel for Mehta has confirmed they will destroy the document.

Because the trial exhibit filed as ECF No. 378-1 (DX186) includes privileged, confidential, and non-public sensitive material, and because it was filed inadvertently and the inadvertent filing was rectified immediately upon discovery, it warrants permanent sealing under Federal Rule of Evidence 502(b).  *See Mazzocchi v. Windsor Owners Corp.*, 2020 WL 4038342, at *3 (S.D.N.Y. July 17, 2020) (ordering inadvertently filed material including privileged communication to be maintained under seal).  Accordingly, DLA Piper requests the Court grant DLA Piper leave to permanently seal ECF No. 266-86.  Counsel for DLA Piper conferred with Mehta's counsel concerning this request for permanent sealing of the document, and Mehta's counsel consented.



Sincerely,

Jonathan M. Kinney
Partner

GRANTED.  ECF No. 266-86 shall remain under permanent seal.

SO ORDERED.

Dated: April 13, 2026
        New York, New York

ANALISA TORRES
United States District Judge

2