**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ANISHA MEHTA,

                  Plaintiff,

        -against-

DLA PIPER LLP,

                  Defendant.

-----------------------------------------------------------------X

23 **CIVIL** 4757 (AT)(RFT)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2026_

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Analisa Torres, United States District Judge, the jury having returned

a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
       April 15, 2026

TAMMI M. HELLWIG

_____

Clerk of Court

**So Ordered:**

_____
ANALISA TORRES
United States District Judge

BY: _____

Deputy Clerk