UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANISHA MEHTA,

                    Plaintiff,

        -against-

DLA PIPER LLP,

                    Defendant.

ANALISA TORRES, District Judge

**Case No. 23 Civ. 4757 (AT)**

**<u>VERDICT FORM</u>**

## <u>INSTRUCTIONS</u>

Please indicate each of your verdicts with a check mark (✓).

All jurors must agree on the answer to each question.

Answer the following questions in order and follow the instructions at the end of each question.

### I.     <u>New York City Human Rights Law Claim</u>

1.  Has Ms. Mehta proved, by a preponderance of the evidence, that DLA Piper LLP discriminated against her on the basis of her pregnancy in violation of the New York City Human Rights Law?

        Yes_____          No___✓____

*Continue on to question 2.*

### II.     <u>Family Medical Leave Act Claims</u>

2.  Has Ms. Mehta proved, by a preponderance of the evidence, that DLA Piper LLP is liable for interference with her intent to take leave under the Family Medical Leave Act?

        Yes_____          No___✓____

*Continue on to question 3.*

3. Has Ms. Mehta proved, by a preponderance of the evidence, that DLA Piper LLP is liable for retaliation in response to her request to take leave under the Family Medical Leave Act?

Yes_____        No___✓___

*If you answered "Yes" to any of questions 1, 2, or 3, proceed to Section III. If you answered "No" to all 3 questions above, you are finished, and you should sign and date the verdict form and inform the Court that you have reached a verdict.*

### III.    <u>Compensatory Damages</u>

4. Has Ms. Mehta proved, by a preponderance of the evidence, that she is entitled to compensatory damages from DLA Piper LLP?

Yes_____        No_____

*If you answered "Yes" to question 4, proceed to questions 5, 6, and 7. If you answered "No" to question 4, proceed to question 11.*

5. How much do you award Ms. Mehta in back pay damages?

$_____

6. How much do you award Ms. Mehta in front pay damages?

$_____

7. Has Ms. Mehta proved, by a preponderance of the evidence, that she is entitled to emotional distress damages from DLA Piper LLP?

Yes_____        No_____

*If you answered "Yes" to question 7, proceed to question 8. If you answered "No" to question 7, proceed to question 9.*

8. How much do you award Ms. Mehta for emotional distress damages?

$_____

9. Has DLA Piper LLP proved, by a preponderance of the evidence, that Ms. Mehta failed to reasonably mitigate her damages?

Yes_____        No_____

2

*If you answered "yes" to question 9, proceed to question 10. If you answered "No" to question 9, proceed to question 11.*

**10.** How much should be deducted from your award of compensatory damages as a result of Ms. Mehta's failure to mitigate her damages?

$_____

## IV.   Nominal Damages and Punitive Damages

*Only answer question 11 if you answered "No" to question 4. If you answered "Yes" to question 4, do not answer question 11.*

**11.** How much, if any, do you award to Ms. Mehta for nominal damages?

$_____

*Only answer question 12 if you answered "Yes" to question 1. If you answered "No" to question 1, do not answer question 12.*

**12.** Has Ms. Mehta proved, by a preponderance of the evidence, that she is entitled to punitive damages against DLA Piper LLP?

Yes_____                    No_____

*Only answer question 13 if you answered "Yes" to question 12. If you answered "No" to question 12, do not answer question 13.*

**13.** How much do you award Ms. Mehta in punitive damages?

$_____

*After the jury has reached unanimous agreement on all of the questions and completed this form, your deliberations have finished.  Please have each jury member sign and date this Verdict Form and advise the Court by note that you have reached a verdict.*

Dated: 4/13/2026
New York, New York

Signe



JUROR 8

4/13/26
DATE

4/13/26
DATE

4/13/26
DATE

4/13/26
DATE

4/13/26
DATE

4/13/26
DATE

4/13/26
DATE

Received: 4:32 pm
By: AT
Marked: Ct. Ex #2

4